IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr191-MHT |
| | ) | (WO) |
| ERIC JEROME PARKER | ) | |

ORDER

It is ORDERED that defendant Eric Jerome Parker's motion to appoint counsel (doc. no. 633) is denied.

***

Parker seeks counsel to pursue relief under the First Step Act of 2018, which made the 2010 Fair Sentencing Act's reductions in sentences for certain crack cocaine offenses retroactive for defendants who were sentenced before the effective date of the Fair Sentencing Act. The Fair Sentencing Act went into effect on August 3, 2010, and the related amendments to the Guidelines took effect on November 1, 2010. *See Dorsey v. United States*, 567 U.S. 260, 270 (2012). Because Parker was sentenced on August 5, 2012, after these effective dates, he has already received any

benefit of the Fair Sentencing Act applicable to him at sentencing, and the First Step Act offers him no additional relief. Therefore, there is no need to appoint counsel.

DONE, this the 9th day of December, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE